# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CARTIER INTERNATIONAL AG and CARTIER, a division of RICHEMONT NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IRIS & EILEEN'S FINE JEWELRY, INC., <br><br> Defendant. | Civil Action No. 18-CV-80921(RLR) |

## RENEWED STIPULATION OF DISMISSAL

The parties to this matter have entered into a Settlement Agreement that resolves all claims and defenses asserted in this action. A copy of the fully executed Settlement Agreement is attached hereto as Exhibit 1.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate, by their undersigned counsel, that this action is dismissed without prejudice, and that each of the parties shall bear its own costs and attorneys' fees in this action.

The effectiveness of this Renewed Stipulation of Dismissal is conditioned upon the Court's entry of an order in which the Court retains jurisdiction to enforce the terms of the Settlement Agreement. A proposed order is attached as Exhibit 2 for the Court's consideration and convenience.

Civil Action No. 18-CV-80921(RLR)

Dated:  March 6, 2019                                  Respectfully submitted,

By: /s/Mark E. Stein                          By: /s/Stephen M. Cohen
Florida Bar No. 818666                         Florida Bar No. 335614
**MARK STEIN LAW**                             **Law Offices of Stephen M. Cohen, P.A.**
2999 N.E. 191st Street                         4500 PGA Boulevard
Suite 330                                      Suite 104
Aventura, Florida 33180                        Palm Beach Gardens, Florida 33418
Tel.: (305) 356-7550                           Tel.: (561) 624-2201
Email: mark@marksteinlaw.com                   Email: stephen@smcohnelaw.com

*Attorneys for Plaintiffs Cartier International AG and Cartier*

*Attorney for Defendant, Iris & Irene's Fine Jewelry, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below in the manner specified, either via transmission of Notice of Electronic Filing Generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/Mark E. Stein

## SERVICE LIST

Stephen M. Cohen (stephen@smcohnelaw.com) and (taryn@smcohenlaw.com)
Law Offices of Stephen M. Cohen, P.A.
4500 PGA Boulevard
Suite 104
Palm Beach Gardens, Florida 33418